UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

GEORGE DEJESUS,

Defendant.

**ORDER**

06 Cr. 12 (ER)

RAMOS, D.J.

On September 28, 2007, Judge William H. Pauley III sentenced George DeJesus to a term of 360 months' imprisonment, following his conviction for narcotics conspiracy in violation of 21 U.S.C. § 846 and for use of a firearm in furtherance of a drug trafficking crime in violation of 18 U.S.C. § 924(c).  Doc. 43.  DeJesus is serving his sentence at FCI Fairton in Fairton, New Jersey.

On March 2, 2021, DeJesus moved *pro se* for a reduction of sentence pursuant to the First Step Act of 2018.  Doc. 97.  On March 31, 2021, DeJesus moved to clarify that his prior motion was for compassionate release.  Doc. 99.  DeJesus' motions are now pending before this Court, having been reassigned from Judge Pauley on August 13, 2021.  Doc. 100.  The Government has not yet filed a response.  The Government is therefore directed to respond by September 16, 2021.  DeJesus may file a reply, if any, within 30 days of receipt of the Government's response.

The Clerk of Court is respectfully directed to mail a copy of this Order to DeJesus:

George DeJesus, Reg. No. 58595-054
FCI Fairton
P.O. Box 420
Fairton, NJ 08320

It is SO ORDERED.

Dated: August 16, 2021
       New York, New York

_____
Edgardo Ramos, U.S.D.J.