UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

GEORGE DEJESUS,

Defendant.

**ORDER**

06 Cr. 12 (ER)

RAMOS, D.J.

On September 28, 2007, Judge William H. Pauley III sentenced George DeJesus to a term of 360 months' imprisonment, following his conviction for narcotics conspiracy in violation of 21 U.S.C. § 846 and for use of a firearm in furtherance of a drug trafficking crime in violation of 18 U.S.C. § 924(c).  Doc. 43.

On March 2, 2021, DeJesus moved *pro se* for a reduction of sentence pursuant to the First Step Act of 2018.  Doc. 97.  On March 31, 2021, DeJesus moved to clarify that his prior motion was for compassionate release.  Doc. 99.  DeJesus' motion for compassionate release is now pending before this Court, having been reassigned from Judge Pauley on August 13, 2021.  Doc. 100.

On August 16, the Court directed the Government to respond to DeJesus' motion by September 16.  Doc. 101.  On September 16, 2021, the Government requested an extension of time to October 4 to file its response, Doc. 102, which the Court granted.  Doc. 103.  To date, the Government has not filed any response.  DeJesus now asks that his motion be granted as it is unopposed.  Doc. 104.  The Government is directed to file its response by November 12, 2021.  If the Government does not file its response by that date, the Court will deem DeJesus' motion unopposed.

The Clerk of Court is respectfully directed to mail a copy of this Order to DeJesus at the following address:

George DeJesus, Reg. No. 58595-054
FCI Fairton
P.O. Box 420
Fairton, NJ 08320

It is SO ORDERED.

Dated: October 29, 2021
      New York, New York

_____
Edgardo Ramos, U.S.D.J.