UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

– against –

GEORGE DEJESUS,

Defendant.

**ORDER**

6 Cr. 12 (ER)

Ramos, D.J.:

Upon motion of George DeJesus for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission, IT IS SO ORDERED that the motion is GRANTED.

The defendant's previously imposed sentence of imprisonment of 360 months is reduced to time served.

This order is stayed for up to fourteen days, for the verification of the defendant's residence and/or establishment of a release plan, to make appropriate travel arrangements, and to ensure the defendant's safe release. The defendant shall be released as soon as a residence is verified, a release plan is established, appropriate travel arrangements are made, and it is safe for defendant to travel. There shall be no delay in ensuring travel arrangements are made. If more than fourteen days are needed to make appropriate travel arrangements and ensure the defendant's safe release, the parties shall immediately notify the court and show cause why the stay should be extended.

The defendant must provide the complete address where the defendant will reside upon release to the probation office in the district where they will be released because it was not included in the motion for sentence reduction.

The defendant's previously imposed conditions of supervised release are unchanged.

2

It is SO ORDERED.

Dated:   April 19, 2022
         New York, New York

_____
Edgardo Ramos, U.S.D.J.