Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.                                Docket No. 06CR00012-01 (ER)

George DeJesus

On May 02, 2022, the above named was placed on Supervised Release for a period of ten (10) years. Mr. DeJesus has complied with the rules and regulations of Supervised Release, and we believe that a reduction in supervision is warranted. It is accordingly recommended that his Supervised Release be reduced by seven (7) years.

Respectfully submitted,

by

Stephanie Zhang
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that Mr. DeJesus be granted a seven (7) year reduction in his Supervised Release term with a new maximum date of May 1, 2025.

Date this _____12th_____ day of _____September_____, 20 _23_ .

Honorable Edgardo Ramos
U.S. District Judge